IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **MICHAEL WETHERINGTON,** : | |
| : | |
| Petitioner : | |
| : | |
| v. : | CASE NO. 7:05-CV-24 (HL) |
| : | |
| : | |
| **STEVE BENTON, Warden,** : | |
| : | |
| Respondent : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 14) filed January 11, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the plaintiff to the Magistrate Judge's Recommendation (Doc. 15) filed January 25, 2006 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 2nd day of February, 2006.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**